UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BUDINGER WINDMILL TRUST,                         Case No.: 6:13-bk-09907-KSJ

                                                                                                                                            Chapter 11

     Debtor.
_____/

**DISCLOSURE OF COMPENSATION**
**OF WOLFF, HILL, MCFARLIN & HERRON, P. A.**

Kenneth D. Herron, Jr. submits the following statement in compliance with 11 U. S. C. §329(a) and F. R. B. P. 2016 and says:

1. Budinger Windmill Trust (the "Debtor") retained Wolff, Hill, McFarlin & Herron, P. A. ("WHMH") to represent the Debtor in this Chapter 11 bankruptcy case.

2. WHMH has prepared an application in compliance with 11 U. S. C. §327 and F. R. B. P 2014 for the Debtor to sign and file with the Court requesting the entry of an Order authorizing the employment of WHMH as the attorney for the Debtor.

3. WHMH is a professional association organized under the laws of the state of Florida and is engaged in the practice of law. WHMH employs six attorneys, including the undersigned.

4. All shareholders of WHMH, including the undersigned, are:

    a. members of the Florida Bar;

    b. admitted to practice before this Court; and

    c. certified in business bankruptcy law or consumer bankruptcy law by American Board of Bankruptcy Certification.

5. <u>Compensation Paid and Fee Agreement with the Debtor</u>.

a. <u>Fee Agreement with Debtor</u>. The Debtor has agreed to pay WHMH based upon the time spent on matters at WHMH's regular hourly rates.

b. <u>Payment by the Debtor</u>. WHMH received the sum of $50,000.00 from the Debtor. The Debtor agreed to pay for its prepetition services based on the time spent by WHMH at its regular hourly rates. WHMH incurred fees of $12,230.00 prepetition, which has been paid from the retainer. WHMH is holding the balance of the funds of $37,770.00 in its trust account (the "Retainer").

c. <u>Postpetition</u>. Subject to the approval of this Court, the Debtors have agreed:

i. to pay WHMH reasonable compensation for actual, necessary services rendered by WHMH, based on the nature, the extent and the value of such services, the time spent on such services, and the cost of comparable services other than in the case under 11 U. S. C. §§101 et seq.;

ii. to reimburse WHMH for actual, necessary expenses; and

iii. that WHMH may use the Retainer to pay the compensation and reimburse the expenses referenced above.

7. <u>Sharing</u>. WHM&H has not agreed to share the compensation with any other entity, other than with members or regular associates of WHMH.

8.  <u>Disinterested</u>.  Neither WHMH nor any of its attorneys:

   a.  is a creditor, an equity security holder, or an insider of the Debtor;

   b.  is or was, within 2 years before the date of the filing of the petition, a director, officer, or employee of any of the Debtor; or

   c.  has an interest materially adverse to the interest of the Debtors estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true.

Dated August 22, 2013

<u>/s/ Kenneth D. (Chip) Herron, Jr.</u>
Kenneth D. (Chip) Herron, Jr.
Florida Bar No. 699403
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
Email: kherron@whmh.com

Attorneys for the Debtor

3