UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BUDINGER WINDMILL TRUST,   Case No.: 6:13-bk-09907-KSJ
   Chapter 11
    Debtor.
_____/

**DEBTOR'S NOTICE OF FILING AMENDED VOLUNTARY PETITION**

The Debtor gives notice pursuant to F. R. B. P. 1009 and Local Rule 1009-1(e) that the following document has been filed with the Court:

Amended Voluntary Petition (Doc. No. 23)

    /s/ Kenneth D. Herron, Jr.
    Kenneth D. (Chip) Herron, Jr.
    Florida Bar No. 699403
    Wolff, Hill, McFarlin & Herron, P.A.
    1851 W. Colonial Dr.
    Orlando, FL 32804
    Telephone: (407) 648-0058
    Fax: (407) 648-0681
    Email: kherron@whmh.com

    Attorneys for J B Mathews Company

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2013, I electronically filed the Notice with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the Notice by first-class mail to the non-CM/ECF participants listed on the attached mailing matrix.

    /s/ Kenneth D. Herron, Jr.
    Attorney

```
Label Matrix for local noticing      Budinger Windmill Trust              1401 Budinger Office
113A-6                               117 Broadyway                        Condominium Association, Inc
Case 6:13-bk-09907-KSJ               Suite B                              1401 Budinger Blvd.
Middle District of Florida           Kissimmee, FL 34741-5713             Saint Cloud, FL 34769-4122
Orlando
Wed Aug 28 15:29:03 EDT 2013

Babione, Kuehler & Company           Candy Moses                          City of St. Cloud Electric
4060 Edgewater Drive                 1179 Eden Place                      P.O. Box 31304
Orlando, FL 32804-2860               Saint Cloud, FL 34771-8675           Tampa, FL 33631-3304



Florida Department of Revenue        Florida Dept. of Revenue             Fred Brunson
Bankruptcy Unit                      5050 W Tennessee St                  2026 Neptune Road
Post Office Box 6668                 Tallahassee, FL 32399-0125           Kissimmee, FL 34744-4941
Tallahassee FL 32314-6668



Internal Revenue Service             KUA - Electric                       Kathy Sheive Attorney at Law
Post Office Box 7346                 1701 W. Carroll Street               318 N. John Young Parkway
Philadelphia PA 19101-7346           Kissimmee, FL 34741-6804             Kissimmee, FL 34741-4927



MBT Homes                            Osceola County Tax Collector         Osceola County Tax Collector
117B Broadway                        2501 E. Irlo Bronson Mem Hwy         Attn:  Patsy Heffner
Kissimmee, FL 34741-5713             Kissimmee, FL 34744-4909             Post Office Box 422105
                                                                          Kissimmee FL 34742-2105



PNC Bank                             R. Drysdale, Inc.                    Randy Sheive
Commercial Loan Operations           7653 Timber River Circle
P.O. Box 747046                      Orlando, FL 32807-8355
Pittsburgh, PA 15274-7046



Ryan Hervey Lawn Care                Securities Exchange Commission       Stadium Place Administration
825 Canterbury Lane                  175 West Jackson Street              117 Broadway Suite B
Kissimmee, FL 34741-6129             Suite 900                            Kissimmee FL 34741-5713
                                     Chicago IL 60604-2908



Susie Rogers                         The Cleaning Group                   Waste Services of Florida
117B Broadway                        413 Lark Court                       1099 Miller Drive
Kissimmee, FL 34741-5713             Kissimmee, FL 34759-4430             Altamonte Springs, FL 32701-2069



Wells Fargo Bank                     Wells Fargo Business                 United States Trustee - ORL +
420 Montgomery Street                MAC D4004-03A                        Office of the United States Trustee
San Francisco, CA 94163-0001         P.O. Box 202902                      George C Young Federal Building
                                     Dallas, TX 75320-2902                400 West Washington Street, Suite 1100
                                                                          Orlando, FL 32801-2217


Kenneth D Herron Jr+                 Timothy S Laffredi +                 Note: Entries with a '+' at the end of the
1851 West Colonial Drive             Office of the United States Trustee  name have an email address on file in CMECF
Orlando, FL 32804-7013               400 W. Washington St., Suite 1100
                                     Orlando, FL 32801-2440
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30