UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BUDINGER WINDMILL TRUST,                    Case No.: 6:13-bk-09907-KSJ
                                                         Chapter 11

                        Debtor.
_____/

## DEBTOR'S PERIODIC FINANCIAL REPORT FOR THE
## PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

Budinger Windmill Trust files its periodic financial report for the period from October 1,

2013 through October 31, 2013 in accordance with the guidelines established by the United

States Trustee and F.R.B.P. 2015 in the form attached hereto this 27th day of November, 2013.


                              /s/ Kenneth D. Herron, Jr.
                              Kenneth D. (Chip) Herron, Jr.
                              Florida Bar No. 699403
                              Wolff, Hill, McFarlin & Herron, P.A.
                              1851 W. Colonial Dr.
                              Orlando, FL 32804
                              Telephone: (407) 648-0058
                              Fax: (407) 648-0681
                              Email: kherron@whmh.com

                              Attorneys for the Debtor

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING     **10/1/2013**     AND ENDING     **10/31/213**

Name of Debtor:   **Budinger Windmill Trust**      Case No. **6:13-bk-09907-KSJ**
Date of Petition:   08/08/2013

| | CURRENT MONTH | PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 79,554.74 | 51,275.76 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0.00 | 0.00 |
| Minus: Cash Refunds | (      0.00 | 0.00 |
| Net Cash Sales | 0.00 | 0.00 |
| B. Accounts Receivable | 0.00 | 0.00 |
| (If you receive rental income, you must attach a rent roll.) | 59,717.07 | 150,288.21 |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 59,717.07 | 150,288.21 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 139,271.81 | 201,563.97 |
| 5. DISBURSEMENTS: | | |
| A. Advertising | 0.00 | 0.00 |
| B. Bank Charges | 0.00 | 0.00 |
| C. Contract Labor | 0.00 | 0.00 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 0.00 | 0.00 |
| F. Inventory Payments (See Attach. 3) | 0.00 | 0.00 |
| G. Leases | 0.00 | 0.00 |
| H. Manufacturing Supplies | 0.00 | 0.00 |
| I. Office Supplies | 0.00 | 484.28 |
| J. Payroll - Net (See Attachment 4B) | 0.00 | 0.00 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 0.00 |
| L. Rent | 0.00 | 0.00 |
| M. Repairs & Maintenance | 3,276.38 | 5,175.92 |
| N. Secured Creditor Payments (See Attach. 2) | 12,388.30 | 37,164.90 |
| O. Taxes Paid - Payroll (See Attachment 5C) | 0.00 | 0.00 |
| P. Taxes Paid - Sales & Use (See Attachment 5C) | 1,853.24 | 7,532.31 |
| Q. Taxes Paid - Other (See Attachment 5C) | 0.00 | 0.00 |
| R. Telephone | 0.00 | 0.00 |
| S. Travel & Entertainment | 0.00 | 0.00 |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| U. Utilities | 317.01 | 1,592.75 |
| V. Vehicle Expenses | 0.00 | 0.00 |
| W. Other Operating Expenses (Pulls from MOR-3) | 0.00 | 0.00 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 17,834.93 | 51,950.16 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 121,436.88 | 149,613.81 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __19__ day of ____November____ , 20 __13__ .

Budinger Windmill Trust
by Budinger Windmill LLC, trustee

Randy Shelve, Manager

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Credit Memo - Centerstate Bank 8/19 | - | 3,870.12 |
| Rent Collected | 59,717.07 | 118,239.46 |
| Interest Income - Centerstate Bank | - | 1.70 |
| | | - |
| | | - |
| | | - |
| | | - |
| **TOTAL OTHER RECEIPTS** | 59,717.07 | 122,111.28 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| **TOTAL OTHER DISBURSEMENTS** | 0.00 | 0.00 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: **Budinger Windmill Trust**          Case Number: **6:bk-13-09907-KSJ**

Reporting Period beginning:          **10/1/2013**          Period ending:          **10/31/2013**

ACCOUNTS RECEIVABLE AT PETITION DATE:          $0.00

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ | 0 (a) |
| PLUS: Current Month New Billings | $ | 0 |
| MINUS: Collection During the Month | $ | 0 (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | 0 * |
| End of Month Balance | $ | 0 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $      - | $      - | $      - | $      - | $      - | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: **Budinger Windmill Trust**    Case Number: **6:bk-13-09907-KSJ**

Reporting Period beginning: **10/1/2013**    Period ending: **10/31/2013**

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                    (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $          0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $          0 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable | | |
| This Month | $          0 | |
| PLUS/MINUS: Adjustments | $          0 | * |
| Ending Month Balance | $          0 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Wells Fargo Bank, National Assoc. | 10/15/2013 | $    12,388.30 | 0 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ 12,388.30 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:    Budinger Windmill Trust    Case Number:    6:bk-13-09907-KSJ

Reporting Period beginning:    10/1/2013    Period ending    10/31/2013

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | 0 |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | 0 (a) |
| PLUS: Inventory Purchased During Month | $ | 0 |
| MINUS: Inventory Used or Sold | $ | 0 |
| PLUS/MINUS: Adjustments or Write-downs | $ | 0 |
| Inventory on Hand at End of Month | $ | 0 |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory | |
|---|---|---|---|---|---|
| % | % | % | % = | % | * |

* Aging Percentages must equal 100%.
☐  Check here if inventory contains perishable items.
**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

| | | |
|---|---|---|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: | $  - | (b) |
| (Includes Property, Plant and Equipment) | | |
| BRIEF DESCRIPTION (First Report Only) | The Debtor has no fixed assets other than real estate. | |

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ 3,425,000.00 | (a)(b) |
| MINUS:  Depreciation Expense | $ | |
| PLUS:  New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ 3,425,000.00 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.
BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  **Budinger Windmill Trust**    Case Number:    **6:bk-13-09907-KSJ**

Reporting Period beginning:    **10/1/2013**    Period ending    **10/31/2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

BANK:    Wells Fargo                BRANCH:

NAME:    Windmill Point / Wells Fargo Mtge        NUMBER: xxxx5899

PURPOSE OF ACCOUNT:    Operating Account - Deposit of Wells Fargo related rents

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 26,459.69 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charge | $ | - |
| Ending Balance per Check Register | $ | 26,459.69 **(a) |

\* Debit cards are used by:            NONE
\*\* If Closing Balance if negative, provide explanation:


**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____    Transferred to Payroll Account

$ _____    Transferred to Tax Account


(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

<u>**ATTACHMENT 5A**</u>

<u>**CHECK REGISTER - OPERATING ACCOUNT**</u>

Name of Debtor:   Budinger Windmill Trust          Case Number:   6:13-bk-09907-KSJ

Reporting Period beginning:          10/1/2013          Period ending:          10/31/2013

NAME OF BANK:          Wells Fargo          BRANCH:

ACCOUNT NUMBER:          xxxx5899

PURPOSE OF ACCOUNT: Operating Account - deposit of Wells Fargo related rents

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

Primary account number:    **9829865899**  ■ October 1, 2013 - October 31, 2013  ■ Page 2 of 6



No purchase or obligation necessary to enter or win.

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Simple Business Checking | 2 | 9829865899 | 4,126.55 | 26,459.69 |
| Wells Fargo Simple Business Checking | 4 | 9829865881 | 75,503.17 | 94,977.17 |
| | Total deposit accounts | | **$79,629.72** | **$121,436.86** |

## Wells Fargo Simple Business Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $4,126.55 |
| Deposits/Credits | 37,621.64 |
| Withdrawals/Debits | - 15,288.50 |
| **Ending balance on 10/31** | **$26,459.69** |
| Average ledger balance this period | $12,948.15 |

Account number:  **9829865899**

**BUDINGER WINDMILL LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-09907 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Check | | 75.00 | 4,051.55 |
| 10/3 | 1004 | Cashed Check | | 1,300.00 | 2,751.55 |
| 10/4 | | Deposit | 1,800.00 | | 4,551.55 |
| 10/11 | | Deposit | 16,367.32 | | |
| 10/11 | | Deposit | 1,656.00 | | 22,574.87 |
| 10/16 | 1008 | Check | | 12,388.30 | 10,186.57 |
| 10/17 | 1011 | Check | | 237.69 | |
| 10/17 | 1009 | Check | | 74.40 | 9,874.48 |
| 10/18 | | Fla Dept Revenue C01 131017 000000013175413 Budinger Windmi | | 566.73 | 9,307.75 |
| 10/21 | 1010 | Check | | 300.00 | |
| 10/21 | 1007 | Check | | 244.00 | 8,763.75 |
| 10/22 | | Deposit | 5,208.00 | | |

Primary account number:  **9829865899**  ■ October 1, 2013 - October 31, 2013  ■ Page 3 of 6



---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 10/22 | 1012 | Check | | 102.38 | 13,869.37 |
| 10/28 | | Deposit | 12,590.32 | | 26,459.69 |
| Ending balance on 10/31 | | | | | 26,459.69 |
| **Totals** | | | **$37,621.64** | **$15,288.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 10/1 | 75.00 | 1008 | 10/16 | 12,388.30 | 1011 | 10/17 | 237.69 |
| 1004 | 10/3 | 1,300.00 | 1009 | 10/17 | 74.40 | 1012 | 10/22 | 102.38 |
| 1007 * | 10/21 | 244.00 | 1010 | 10/21 | 300.00 | | | |

\* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2013 - 10/31/2013 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| This is the final period with the fee waived.  For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee. | | |
| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| Average ledger balance | $500.00 | $12,948.00 ☑ |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements (reduces monthly service fee by $5.00)    ☑
C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 24 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

Primary account number:  **9829865899**  ■ October 1, 2013 - October 31, 2013  ■ Page 4 of 6



## Wells Fargo Simple Business Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $75,503.17 |
| Deposits/Credits | 22,095.43 |
| Withdrawals/Debits | - 2,621.43 |
| **Ending balance on 10/31** | **$94,977.17** |
| Average ledger balance this period | $91,426.19 |

Account number:  **9829865881**

**BUDINGER WINDMILL LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 13-09907 MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/4 | | Deposit | 13,962.43 | | 89,465.60 |
| 10/11 | | Deposit | 6,207.00 | | 95,672.60 |
| 10/18 | | Fla Dept Revenue C01 131017 000000013309842 Budinger Windmi | | 797.50 | |
| 10/18 | 1005 | Check | | 495.00 | |
| 10/18 | | Fla Dept Revenue C01 131017 000000013175460 Budinger Windmi | | 420.76 | |
| 10/18 | 1007 | Check | | 155.00 | |
| 10/18 | 1004 | Check | | 130.00 | |
| 10/18 | 1002 | Check | | 120.00 | |
| 10/18 | | Fla Dept Revenue C01 131017 000000013179838 Randy Sheive | | 68.25 | 93,486.09 |
| 10/21 | 1006 | Check | | 350.00 | |
| 10/21 | 1001 | Check | | 80.00 | 93,056.09 |
| 10/23 | 1003 | Check | | 4.92 | 93,051.17 |
| 10/28 | | Deposit | 1,926.00 | | 94,977.17 |
| **Ending balance on 10/31** | | | | | 94,977.17 |
| **Totals** | | | **$22,095.43** | **$2,621.43** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 10/21 | 80.00 | 1004 | 10/18 | 130.00 | 1006 | 10/21 | 350.00 |
| 1002 | 10/18 | 120.00 | 1005 | 10/18 | 495.00 | 1007 | 10/18 | 155.00 |
| 1003 | 10/23 | 4.92 | | | | | | |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



## Monthly service fee summary *(continued)*

| Fee period 10/01/2013 - 10/31/2013 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee. | | |

| How to reduce the monthly service fee by $5.00 | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $91,428.00 ☑ |

| Monthly service fee discount(s) *(applied when box is checked)* | |
|---|---|
| Online only statements (reduces monthly service fee by $5.00) | ☐ |
| cıcı | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 19 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Primary account number:    **9829865899**    ■ October 1, 2013 - October 31, 2013    ■ Page 6 of 6



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3   Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your                    $ _____
   register or transfers into                      $ _____
   your account which are not                      $ _____
   shown on your statement.                      + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . .   . . . . . . . . . . . . . . . . .  $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N A  All rights reserved   Member FDIC   NMLSR ID 399801

5:21 PM

11/19/13

# Windmill - NEW
## Reconciliation Summary
### 10000 · Wells Fargo - Checking, Period Ending 10/31/2013

|  | Oct 31, 13 |
|---|---|
| **Beginning Balance** | 4,126.55 |
| **Cleared Transactions** | |
| Checks and Payments - 9 Items | -15,288.50 |
| Deposits and Credits - 5 Items | 37,621.64 |
| **Total Cleared Transactions** | 22,333.14 |
| **Cleared Balance** | 26,459.69 |
| **Register Balance as of 10/31/2013** | 26,459.69 |
| **New Transactions** | |
| Checks and Payments - 6 Items | -13,600.84 |
| Deposits and Credits - 2 Items | 9,577.00 |
| **Total New Transactions** | -4,023.84 |
| **Ending Balance** | 22,435.85 |

5:21 PM

11/19/13

# Windmill - NEW
## Reconciliation Detail
### 10000 · Wells Fargo - Checking, Period Ending 10/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 4,126.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 9 Items** | | | | | | |
| Check | 09/12/2013 | | R. Drysdale | X | -75.00 | -75.00 |
| Check | 10/02/2013 | 1004 | Arnaldo Gonzalez | X | -1,300.00 | -1,375.00 |
| Check | 10/15/2013 | 1008 | Wells Fargo | X | -12,388.30 | -13,763.30 |
| Check | 10/15/2013 | 1010 | Ryan Herveys Lawn... | X | -300.00 | -14,063.30 |
| Check | 10/15/2013 | 1007 | Waste Service of Fl... | X | -244.00 | -14,307.30 |
| Check | 10/15/2013 | 1011 | Kissimmee Utility A... | X | -237.69 | -14,544.99 |
| Check | 10/15/2013 | 1012 | The Cleaning Group | X | -102.38 | -14,647.37 |
| Check | 10/15/2013 | 1009 | Kissimmee Utility A... | X | -74.40 | -14,721.77 |
| Check | 10/18/2013 | online | Florida Department ... | X | -566.73 | -15,288.50 |
| **Total Checks and Payments** | | | | | -15,288.50 | -15,288.50 |
| **Deposits and Credits - 5 Items** | | | | | | |
| Deposit | 10/04/2013 | | Deposit | X | 1,800.00 | 1,800.00 |
| Deposit | 10/11/2013 | | | X | 1,656.00 | 3,456.00 |
| Deposit | 10/11/2013 | | | X | 16,367.32 | 19,823.32 |
| Deposit | 10/22/2013 | | | X | 5,208.00 | 25,031.32 |
| Deposit | 10/25/2013 | | | X | 12,590.32 | 37,621.64 |
| **Total Deposits and Credits** | | | | | 37,621.64 | 37,621.64 |
| **Total Cleared Transactions** | | | | | 22,333.14 | 22,333.14 |
| **Cleared Balance** | | | | | 22,333.14 | 26,459.69 |
| **Register Balance as of 10/31/2013** | | | | | 22,333.14 | 26,459.69 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 Items** | | | | | | |
| Check | 11/12/2013 | 1018 | Wells Fargo | | -12,388.30 | -12,388.30 |
| Check | 11/12/2013 | 1014 | Kissimmee Utility A... | | -551.28 | -12,939.58 |
| Check | 11/12/2013 | 1017 | Ryan Herveys Lawn... | | -300.00 | -13,239.58 |
| Check | 11/12/2013 | 1016 | Progressive Waste ... | | -244.00 | -13,483.58 |
| Check | 11/12/2013 | 1015 | The Cleaning Group | | -102.38 | -13,585.96 |
| Check | 11/12/2013 | 1013 | Kissimmee Utility A... | | -14.88 | -13,600.84 |
| **Total Checks and Payments** | | | | | -13,600.84 | -13,600.84 |
| **Deposits and Credits - 2 Items** | | | | | | |
| Deposit | 11/04/2013 | | | | 1,000.00 | 1,000.00 |
| Deposit | 11/12/2013 | | | | 8,577.00 | 9,577.00 |
| **Total Deposits and Credits** | | | | | 9,577.00 | 9,577.00 |
| **Total New Transactions** | | | | | -4,023.84 | -4,023.84 |
| **Ending Balance** | | | | | 18,309.30 | 22,435.85 |

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:     Budinger Windmill Trust     Case Number:     6:bk-13-09907-KSJ

Reporting Period beginning:     10/1/2013     Period ending:     10/31/2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

BANK:     Wells Fargo        BRANCH:

NAME:     Budinger Windmill - PNC Bank     NUMBER: xxxx5881

PURPOSE OF ACCOUNT:     Operating Account - deposit of PNC Bank related rents

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 94,977.17 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charge | $ | - |
| Ending Balance per Check Register | $ | 94,977.17 **(a) |

**\* Debit cards are used by:**     NONE

**\*\* If Closing Balance if negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____ Transferred to Payroll Account

$ _____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:     Budinger Windmill Trust          Case Number:     6:13-bk-09907-KSJ

Reporting Period beginning:     10/1/2013          Period ending:     10/31/2013

NAME OF BANK:     Wells Fargo          BRANCH:

ACCOUNT NUMBER:     xxxx5881

PURPOSE OF ACCOUNT:  Operating Account - deposit of PNC Bank related rents

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

8:58 AM
11/19/13

# Budinger - NEW
## Reconciliation Detail
### 10000 · Wells Fargo Checking, Period Ending 10/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 75,503.17 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 10 Items** | | | | | | |
| Check | 10/15/2013 | 1005 | Don Schmidt Roofing | X | -495.00 | -495.00 |
| Check | 10/15/2013 | 1006 | Ryan Herveys Lawn... | X | -350.00 | -845.00 |
| Check | 10/15/2013 | 1007 | Parrish Plumbing | X | -155.00 | -1,000.00 |
| Check | 10/15/2013 | 1004 | Compass Pest Cont... | X | -130.00 | -1,130.00 |
| Check | 10/15/2013 | 1002 | Candy Moses Clea... | X | -120.00 | -1,250.00 |
| Check | 10/15/2013 | 1001 | Ryan Herveys Lawn... | X | -80.00 | -1,330.00 |
| Check | 10/15/2013 | 1003 | City of St Cloud | X | -4.92 | -1,334.92 |
| Check | 10/18/2013 | online | Florida Department ... | X | -797.50 | -2,132.42 |
| Check | 10/18/2013 | online | Florida Department ... | X | -420.76 | -2,553.18 |
| Check | 10/18/2013 | online | Florida Department ... | X | -68.25 | -2,621.43 |
|     **Total Checks and Payments** | | | | | -2,621.43 | -2,621.43 |
|     **Deposits and Credits - 3 Items** | | | | | | |
| Deposit | 10/04/2013 | | | X | 13,962.43 | 13,962.43 |
| Deposit | 10/11/2013 | | | X | 6,207.00 | 20,169.43 |
| Deposit | 10/25/2013 | | | X | 1,926.00 | 22,095.43 |
|     **Total Deposits and Credits** | | | | | 22,095.43 | 22,095.43 |
|     **Total Cleared Transactions** | | | | | 19,474.00 | 19,474.00 |
| **Cleared Balance** | | | | | 19,474.00 | 94,977.17 |
| **Register Balance as of 10/31/2013** | | | | | 19,474.00 | 94,977.17 |
|   **New Transactions** | | | | | | |
|     **Checks and Payments - 9 Items** | | | | | | |
| Check | 11/08/2013 | 1010 | Mike Hurtt | | -200.00 | -200.00 |
| Check | 11/11/2013 | 1009 | Mike Hurtt | | -133.50 | -333.50 |
| Check | 11/13/2013 | 1013 | US Trustee | | -325.00 | -658.50 |
| Check | 11/13/2013 | 1016 | City of St Cloud | | -191.16 | -849.66 |
| Check | 11/13/2013 | 1012 | Candy Moses Clea... | | -120.00 | -969.66 |
| Check | 11/13/2013 | 1014 | Parrish Plumbing | | -80.00 | -1,049.66 |
| Check | 11/13/2013 | 1015 | Ryan Herveys Lawn... | | -80.00 | -1,129.66 |
| Check | 11/13/2013 | 1011 | Orlando Utilities Co... | | -44.88 | -1,174.54 |
| Check | 11/13/2013 | 1017 | Orlando Utilities Co... | | -16.06 | -1,190.60 |
|     **Total Checks and Payments** | | | | | -1,190.60 | -1,190.60 |
|     **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 11/11/2013 | | | | 20,169.43 | 20,169.43 |
|     **Total Deposits and Credits** | | | | | 20,169.43 | 20,169.43 |
|     **Total New Transactions** | | | | | 18,978.83 | 18,978.83 |
| **Ending Balance** | | | | | 38,452.83 | 113,956.00 |

8:58 AM
11/19/13

# Budinger - NEW
## Reconciliation Summary
### 10000 · Wells Fargo Checking, Period Ending 10/31/2013

|  | Oct 31, 13 |
|---|---|
| **Beginning Balance** | 75,503.17 |
| **Cleared Transactions** | |
| Checks and Payments - 10 Items | -2,621.43 |
| Deposits and Credits - 3 Items | 22,095.43 |
| **Total Cleared Transactions** | 19,474.00 |
| **Cleared Balance** | 94,977.17 |
| **Register Balance as of 10/31/2013** | 94,977.17 |
| **New Transactions** | |
| Checks and Payments - 9 Items | -1,190.60 |
| Deposits and Credits - 1 Item | 20,169.43 |
| **Total New Transactions** | 18,978.83 |
| **Ending Balance** | 113,956.00 |

<u>ATTACHMENT 4B</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT</u>

Name of Debtor:    Budinger Windmill Trust     Case Number:     6:bk-13-09907-KSJ

Reporting Period beginning:     10/1/2013     Period ending:     10/31/2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:     NONE     BRANCH:     n/a

ACCOUNT NAME:     NONE     ACCOUNT NUMBER:     n/a

PURPOSE OF ACCOUNT:     **The Debtor does NOT maintain a separate payroll account.**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | N/A |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charge | $ | |
| Ending Balance per Check Register | $ | N/A **(a) |

**\* Debit cards must not be issued on this account.**

**\*\* If Closing Balance if negative, provide explanation:** _____

The following disbursements were paid in Cash:

( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll distursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B

## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:        Budinger Windmill Trust        Case Number:        6:bk-13-09907-KSJ

Reporting Period beginning:        10/1/2013        Period ending:        10/31/2013

NAME OF BANK:        NONE        BRANCH:        N/A

ACCOUNT NUMBER:        NONE

PURPOSE OF ACCOUNT:        **The Debtor does NOT maintain a separate payroll account.**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL

<u>**ATTACHMENT 4C**</u>

<u>**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**</u>

Name of Debtor:    Budinger Windmill Trust        Case Number:        6:bk-13-09907-KSJ

Reporting Period beginning:        10/1/2013    Period ending:        10/31/2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:                                    BRANCH:

ACCOUNT NAME:                            ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:        **The Debtor does not maintain a separate tax account**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charge | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\* Debit cards must not be issued on this acount.**
**\*\* If Closing Balance if negative, provide explanation:** _____

The following disbursements were paid in Cash:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax distursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   Budinger Windmill Trust     Case Number:     6:bk-13-09907-KSJ

Reporting Period beginning:        10/1/2013     Period ending:        10/31/2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

BANK:          CenterState Bank                    BRANCH:

NAME:          Budinger Windmill                   NUMBER: xxxx3271

PURPOSE OF ACCOUNT:        Prepetition Account (Closed) Funds Transferred to DIP Acct xxxx5881

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charge | $ | - |
| Ending Balance per Check Register | $ | - **(a) |

**\* Debit cards are used by:**                    NONE

**\*\* If Closing Balance if negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

|   |   |   |
|---|---|---|
| $ | | Transferred to Payroll Account |
| $ | | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:    **Budinger Windmill Trust**    Case Number:    **6:bk-13-09907-KSJ**

Reporting Period beginning:    __10/1/2013__    Period ending:    __10/31/2013__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

BANK:    **Wells Fargo Bank**    BRANCH: _____

NAME:    **Budinger Windmill**    NUMBER: xxxx8215

PURPOSE OF ACCOUNT:    Prepetition Account (Closed) Funds Transferred to DIP Acct xxxx5899

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | - | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * |
| Minus Service Charge | $ | - | |
| Ending Balance per Check Register | $ | - | **(a) |

**\* Debit cards are used by:**    NONE

**\*\* If Closing Balance if negative, provide explanation:** _____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____    Transferred to Payroll Account

$ _____    Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:     Budinger Windmill Trust          Case Number:     6:13-bk-09907-KSJ

Reporting Period beginning:          10/1/2013          Period ending:          8/31/2013

NAME OF BANK:          Wells Fargo          BRANCH:

ACCOUNT NUMBER:          xxx8215

PURPOSE OF ACCOUNT:     Prepetition Account (Closed) Funds Transferred to DIP Account xxxx5899

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:    Budinger Windmill Trust        Case Number:    6:13-bk-09907-KSJ

Reporting Period beginning:        10/1/2013        Period ending:        8/31/2013

NAME OF BANK:        CenterState Bank        BRANCH:

ACCOUNT NUMBER:        xxx3271

PURPOSE OF ACCOUNT:    Prepetition Account (Closed) Funds Transferred to DIP Account xxxx5881

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

***The Debtor does not maintain any investment or petty cash accounts.***
Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | _____(a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximun Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between Column 2 & Column 3 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **TOTAL** | | $ _____ (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)  $ _____(c)**
(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2. Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____         Case Number: _____

Reporting Period beginning: _____    Period ending: _____

NAME OF BANK: _____         BRANCH: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:    The Debtor does not maintain a separate tax account

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included. http://www.usdj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                          (d)_____

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                             (a)_____
Sales & Use Tax Paid                           (b)_____
Oter Taxes Paid                                (c)_____
TOTAL                                          (d)_____

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor:     Budinger Windmill Trust     Case Number:     6:bk-13-09907-KSJ

Reporting Period beginning:     10/1/2013     Period ending:     10/31/2013

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date of Payment | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                    $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: ____Budinger Windmill Trust____     Case Number: ____6:bk-13-09907-KSJ____

Reporting Period beginning: ____10/1/2013____     Period ending: ____10/31/2013____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| No comepensation has been paid postpetition | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|
| Southern-Owners | 984682-7256014-13 | Liability and Property | 4/2/2014 | |
| | | | | |
| | | | | |
| | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

*The Plan and Disclosure Statement were filed on October 17, 2013 (doc nos. 56 and 57).*