UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No. 6-13-bk-09907-KSJ

BUDINGER WINDMILL TRUST,                        Chapter 11

        Debtor.
_____/

**WITHDRAWAL OF OSCEOLA COUNTY TAX COLLECTOR'S OBJECTION TO
CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION**

COMES NOW, Patsy Heffner, Osceola County Tax Collector (hereinafter referred to as "Tax Collector"), by and through the undersigned counsel, and hereby withdraws her Objection to Confirmation (Docket No. 94) of the Debtor's Amended Plan of Reorganization based upon acceptance of the Debtor's amended plan filed on February 7, 2014 (Docket No. 95).

Respectfully submitted:

By:    _____
       Brian T. Hanlon, Esq.
       Florida Bar Number 0962562
       COUNSEL FOR
       OSCEOLA COUNTY TAX COLLECTOR
       P.O. Box 422105
       Kissimmee, Florida 34742-2105
       Phone: (407) 742-4057
       Fax: (407) 742-4037
       cgaines@osceola.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 10, 2014, by first class U.S. Mail and/or electronically via CM/ECF to: Kenneth D Herron, Jr., Esquire, 1851 West Colonial Drive, Orlando, Florida 32804, kherron@whmh.com (Debtor's counsel); and Peter N Hill, Esquire, Wolff Hill McFarlin & Herron PA, 1851 West Colonial Drive, Orlando, Florida 32804, phill@whmh.com (Debtor's counsel); Timothy S Laffredi, Esquire, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, timothy.s.laffredi@usdoj.gov (counsel for U.S. Trustee); and James A. Timko, Esq., jtimko@shutts.com (counsel for PNC).

Brian T. Hanlon, Esq.

G:\LEGAL DEPARTMENT\PENDING LITIGATION\BANKRUPTCY-Red\Osceola County\Budinger Windmill Trust\Withdrawal Of Objection To Confirmation.Budinger Windmill Trust 110613.Docx